### In the Interest of R.A.B. & J.L.A.B. (Children).

### E.B. (Mother), Juvenile Officer, Respondent,

### v.

### M.B. (Father), Appellant.

### Nos. WD 60183, WD 60184.

Missouri Court of Appeals, Western District.

April 9, 2002.

Rehearing Denied May 28, 2002.

**3.** Defendant failed, as well, to include this claim in his motion for new trial. Rule 21.11(d), Missouri Court Rules (1998).

Janet M. Bezler, Columbia, for R.A.B. and J.L.A.B. and Guardian.

Melissa McAllister, Columbia, for E.B.

James C. Dowling, Fulton, for M.B.

Before LOWENSTEIN, P.J., NEWTON and HOLLIGER, JJ.

### *ORDER*

PER CURIAM.

This is an appeal from a judgment terminating the parental rights of Father, M.B., to his two daughters, under 211.447.4(3).[1] The girls live with Mother; no action was taken against her, and she is not part of this appeal. The judgment is affirmed. Rule 84.16(b).

---

1. All statutory references are to RSMo 2000 unless otherwise indicated.